IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**DONALD KIMBALL,**

      **Plaintiff,**

v.                                        Case No.:  3:19cv1953

**ERIC R. BALLESTER,**

      **Defendant.**

## NOTICE OF REMOVAL

COMES NOW, the UNITED STATES AIR FORCE ("USAF"), an agency of the UNITED STATES OF AMERICA by and through the undersigned Assistant United States Attorney, pursuant to 28 U.S.C. 1442(a)(1) and *Local Rule* 7.2, and hereby gives notice of removal of Case No. 2019-CA-000867, styled in the same matter as set forth above, from the Circuit Court of the First Judicial Circuit in and for Escambia County, State of Florida, on grounds that:

1.   In the removed suit filed by Plaintiff Donald Kimball, Plaintiff seeks recovery of damages allegedly caused by the negligence of Defendant Eric R. Ballester in driving a motor vehicle on July 6, 2017.  This action was brought by the Plaintiffs on or about May 28, 2019, in the Circuit Court of the First Judicial Circuit in and for Escambia County, State of Florida.  Plaintiff named Eric R. Ballester as the defendant in his Complaint.  A copy of the Complaint is attached as Exhibit A.

Eric R. Ballester is and was employed as a Master Sergeant in the United States Air Force at the time of the motor vehicle accident and was within the scope of his employment at the time that the accident occurred.  *See* Exhibit B.

2. The above-captioned action is removable to this Court pursuant to the provisions of Title 28, United States Code, Sections 1442(a)(1) because the case had been commenced in state court and is against the "United States or any agency thereof or any officer (or any person acting under that officer) of the United States or of any agency thereof, in an official or individual capacity, for or relating to any act under color of such office or on account of any right…" 28 U.S.C. § 1442(a)(1).

3. By filing this Notice of Removal of a Civil Case, the United States does not intend to waive any of the jurisdictional defenses that may be available to it.

WHEREFORE, the Defendant, the UNITED STATES AIR FORCE, an agency of the UNITED STATES OF AMERICA, gives notice of removal and asks this Court to remove Case No. 2019-CF-000867, from the above identified state court of Florida. The United States requests that the Court clarify that it need do nothing further until properly served under Federal Rule of Civil Procedure 5 and further requests that the Government be granted a full sixty (60) days from the date of service within which to respond.

    Respectfully submitted,

    LAWRENCE KEEFE
    UNITED STATES ATTORNEY

                  */s/ Leah Ann Butler*
                  LEAH ANN BUTLER
                  Assistant U.S. Attorney
                  Florida Bar No. 0611697
                  21 E. Garden Street, Suite 400
                  Pensacola, FL  32502
                  (850) 444-4000
                  Leah.Butler@usdoj.gov

## **LOCAL RULE 7.1(F) CERTIFICATION**

I HEREBY CERTIFY that this response contains 403 words.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY, that on this 2nd day of July, 2019, the foregoing pleading was served on the following by placing a copy of same in the United States Mail, properly addressed, first-class postage prepaid to Christopher P. Janes, attorney for Plaintiff, at Michles and Booth, P.A., 501 Brent Lane, Pensacola, FL 32503.  A copy was also sent to Mr. Janes via electronic mail at courtdocs@michlesbooth.com.

                  */s/ Leah Ann Butler*
                  LEAH ANN BUTLER
                  Assistant U.S. Attorney

IN THE CIRCUIT COURT IN AND FOR ESCAMBIA COUNTY, FLORIDA

DONALD KIMBALL
    PLAINTIFF,

Vs.

CASE NO: 2019 CA 000867
DIVISION: F

ERIC R BALLESTER
    DEFENDANT.

SUMMONS PERSONAL SERVICE ON A NATURAL PERSON

R. W. Matthews
Date: 06-12-2019
Time: 7:15 AM

TO DEFENDANT: ERIC R BALLESTER
726 SUN ROAD
ABERDEEN, NC 28315

SERVED
___/___/___ @ _____ AM/PM
Server Initials _____ ID# _____

**IMPORTANT**

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

**IMPORTANTE**

Usted ha sido demandado legalmente. Tiene 20 días, contados a partir del recibo de esta notificación, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefónica no lo protegerá. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el número del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podría ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guía telefónica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, deberá usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

**IMPORTANT**

Des poursuites judiciaires ont ete enterprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une response ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre response ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plagnant ou a son avocat) nomme ci-dessous.

PLAINTIFF PLAINTIFF'S ATTORNEY:
CHRISTOPHER P JANES
501 BRENT LANE
PENSACOLA, FL 32503

The STATE OF FLORIDA

TO EACH SHERIFF OF THE STATE: You are commanded to serve this Summons and a copy of the Complaint in this Lawsuit on the above named Defendant.

CASEM2639P

**GOVERNMENT EXHIBIT 1**

Atch 3

Witness, my hand and the seal of this Court on this 29th day of May, 2019

PAM CHILDERS

CLERK OF THE CIRCUIT COURT

By: *[signature]*

Deputy Clerk

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Court Administration, ADA Liaison Escambia County, 190 Governmental Center, 5th Floor, Pensacola, FL 32502, (850) 595-4400 Fax (850) 595-0360 ADA.Escambia@flcourts1.gov, at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.

Filing # 90204306 E-Filed 05/28/2019 07:48:50 PM

IN THE CIRCUIT COURT
IN AND FOR ESCAMBIA COUNTY, FLORIDA

DONALD KIMBALL,

    Plaintiff,

v.

ERIC R. BALLESTER,

    Defendant.

CASE NO.: _____
DIVISION: _____

_____/

## COMPLAINT

Plaintiff, DONALD KIMBALL, sues Defendant, ERIC R. BALLESTER, and alleges:

1. This is an action for damages in excess of Fifteen Thousand and 00/100 ($15,000.00) Dollars.

2. On or about July 6, 2017, Defendant, ERIC R. BALLESTER, operated a motor vehicle owned by THE HERTZ CORPORATION, on Main Street, at or near the intersection with Palafox Street, in Pensacola, Escambia County, Florida.

3. At that time and place, Defendants, ERIC R. BALLESTER, negligently operated or maintained a motor vehicle so that it collided with Plaintiff's motor vehicle.

4. As a result, Plaintiff, DONALD KIMBALL, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expenses of hospitalization, medical and nursing care and treatment, loss of earnings, and loss of ability to earn money, and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future. Plaintiff's automobile was damaged and he

lost the use of it during the period required for its repair or replacement.

WHEREFORE, Plaintiff, DONALD KIMBALL, demands judgment for damages against Defendants, ERIC R. BALLESTER, in excess of the Court's jurisdictional limits, exclusive of costs, interest and attorneys' fees and further demands a trial by jury.

Dated this 28th day of May, 2019.

/s/Christopher P. Janes
CHRISTOPHER P. JANES
Florida Bar Number: 100072
CLAYTON E. TAYLOR
Florida Bar Number: 177771
MICHLES & BOOTH, P.A.
501 Brent Lane
Pensacola, FL 32503
(850) 438-4848 Telephone
(850) 437-5556 Facsimile
Primary: courtdocs@michlesbooth.com
Secondary: filing@michlesbooth.com
*Counsel for Plaintiff*

IN THE CIRCUIT COURT
IN AND FOR ESCAMBIA COUNTY, FLORIDA

**DONALD KIMBALL,**

    Plaintiff,

v.                                              Case No. 2019 CA 000867

**ERIC R. BALLESTER**
    Defendant.

_____/

## SCOPE OF EMPLOYMENT CERTIFICATION

The undersigned, acting pursuant to the provisions of 28 U.S.C. § 2679 and by virtue of the authority delegated by the Attorney General under 28 C.F.R. § 15.3, hereby certifies that, based on the information available with respect to the allegations made by the Plaintiff in his Complaint filed in the Circuit Court of the First Judicial Circuit in and for Escambia County, Florida, in case number 2019 CA 000867, Defendant, ERIC R. BALLESTER was at all times relevant, acting within the scope of his federal employment with the United States of America.

Executed this 2nd day of July, 2019.

_____
LAWRENCE KEEFE
United States Attorney

GOVERNMENT EXHIBIT 2